USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 19 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

In the United States District Court

for the CENTRAL  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA

V.

AARON HARDRICK

CRIMINAL NUMBER:

ED CR No. 19-0338-JGB

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, Aaron Hardrick, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of TEXAS in which I, Aaron Hardrick, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: December 11, 2019 at 8:30 a.m.

_____
(Defendant)

Julie Harrell, District Clerk
(Witness)

_____
(Counsel for Defendant)

_____
(Assistant United States Attorney)

Approved

Erin Nealy Cox, by Steve Jay
United States Attorney for the
NORTHERN District of
TEXAS

_____
United States Attorney for the
CENTRAL District of
CALIFORNIA