```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF TEXAS

 3                    FORT WORTH DIVISION

 4  UNITED STATES OF AMERICA,   ) CASE NO. 4:19-CR-352-P
                                )           4:19-CR-377-P
 5         Government,          )
                                ) FORT WORTH, TEXAS
 6  VERSUS                      )
                                ) AUGUST 26, 2020
 7  AARON TREMMELL HARDRICK (01),)
                                )
 8         Defendant.           ) 2:10 P.M.

 9

10                      VOLUME 1 OF 1
                   TRANSCRIPT OF SENTENCING
11            BEFORE THE HONORABLE MARK PITTMAN
              UNITED STATES DISTRICT COURT JUDGE
12

13  A P P E A R A N C E S:

14  FOR THE GOVERNMENT:    MR. MATTHEW WEYBRECHT
                           UNITED STATES DEPARTMENT OF JUSTICE
15                         NORTHERN DISTRICT OF TEXAS
                           801 Cherry Street, Suite 1700
16                         Fort Worth, Texas  76102-6882
                           Telephone:  817.252.5200
17
    FOR THE DEFENDANT:     MR. FRANK ABLE
18                         Law Office of Frank D. Able
                           235 N.E. Loop 820, Suite 310
19                         Hurst, Texas  76053
                           Telephone:  682.267.1351
20
    COURT REPORTER:        MS. DEBRA G. SAENZ, CSR, RMR, CRR
21                         501 W. 10th Street, Room 424
                           Fort Worth, Texas  76102
22                         Telephone:  817.850.6661
                           E-Mail: debbie.saenz@yahoo.com
23

24  Proceedings reported by mechanical stenography, transcript

25  produced by computer.
```

1                           **I N D E X**

2    **PROCEEDING**                                      **PAGE**

3    Objections to PSR............................   09

4    Sentencing Recessed..........................   17

5    Reporter's Certificate.......................   20

6    Word Index...................................   21

7

8                   **DEFENDANT'S EXHIBIT INDEX**

9    **NO.   DESCRIPTION**                          **ADMITTED**

10   1     California Document                       19

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

```
1                    P R O C E E D I N G S
2                 August 26, 2020 - 2:10 p.m.
3          COURT SECURITY OFFICER:  All rise.
4          (Judge enters)
5          THE COURT:  Afternoon, ladies and gentlemen.  Y'all
6  may be seated.
7          (Off-the-record discussion)
8          THE COURT:  All right.  Before we get started -- let
9  me call both of these to order, and then I want to ask the
10 attorneys a question.  I'll let you introduce yourself and
11 then we'll go from there.
12          So, we have a couple of criminal actions this
13 morning involving Mr. Hardrick, and the Court's going to call
14 both of them at this time, and I'll ask you some questions,
15 and I'll see if you have any objections.
16          Court calls for sentencing Criminal Action Number
17 4:19-CR-352-P-1, United States of America versus Aaron
18 Tremmell Hardrick for sentencing and further proceedings.
19          I would also like to call for sentencing and further
20 proceedings this morning, United States of America versus
21 Aaron Tremmell Hardrick in Case Number 4:19-CR-377-01.
22          Would the attorneys please identify themselves and
23 who they represent, and then I'll ask you the question I would
24 like to ask you.
25          MR. ABLE:  Judge, my name is Frank Able, and I
```

1    represent the defendant, Aaron Hardrick, in both matters.

2            THE COURT:  Thank you, Mr. Able.  I appreciate you

3    being here today.  It's always good to see you.

4            MR. WEYBRECHT:  Matthew Weybrecht for the United

5    States, Your Honor.

6            THE COURT:  Sorry, sir?

7            MR. WEYBRECHT:  Matthew Weybrecht for the United

8    States.

9            THE COURT:  Mr. Weybrecht, good to see you as well.

10           MR. WEYBRECHT:  You, too, sir.

11           THE COURT:  I would like to ask Mr. Able, as well as

12   you, Mr. Weybrecht, because we have two of these matters, I

13   think it's best use of our time if I could take the sentencing

14   together, rather than separating them.

15           Does everyone consent to me taking both of these

16   cases together?  And, obviously, as I'm going through the

17   sentencing, to the extent I have an issue that pertains to one

18   of the cases, I'll specify that and vice versa.

19           Is that fair enough?

20           MR. ABLE:  We have no objection, Judge.  I'm sorry.

21           THE COURT:  Thank you, Mr. Able.

22           MR. WEYBRECHT:  No objections, Your Honor.

23           THE COURT:  All right.  Well, let's go ahead and

24   proceed with that in mind.  I'll take both of these at once,

25   and I'll do my best not to get them messed up.

1          I would like to state, before we get into the
2    substance of our proceedings, that due to the national
3    COVID-19 pandemic, we're doing this a little bit unusual in
4    the sense that we don't have family members or witnesses
5    present in the actual fourth floor courtroom with us.
6          Those individuals, however, are allowed to view
7    these proceedings and also give their testimony via video
8    through our fourth floor -- rather, our third floor conference
9    room, and it's my understanding we have had some difficulty
10   with the audio/visual down on the third floor, and I do see
11   some folks down there that are watching this sentencing
12   proceeding in both of these cases.
13          And I'll ask you, ma'am, in blue, can you hear me?
14   If you can, would you wave your hand.  You all can hear me
15   fine there in the jury assembly room?  Just wave your hand.
16          (Spectators waving)
17          THE COURT:  All right.  Thank you.  I'll do my best
18   to speak into the microphone.  I know that this is not the
19   best way to do it; however, we're trying to keep everybody's
20   safety in mind, and we appreciate it.  All right.  So, thank
21   you very much.
22          Are the attorneys ready to proceed?
23          MR. WEYBRECHT:  Government's ready, Your Honor.
24          MR. ABLE:  Yes, Your Honor.
25          THE COURT:  All right.  Mr. Hardrick, at this time I

1    need you to please rise and state your name into the

2    microphone, if you could give me your full name.

3            *THE DEFENDANT:*  Aaron Tremmell Hardrick.

4            *THE COURT:*  Thank you, sir.  You may be seated.

5            Mr. Hardrick, in stating your full name for the

6    record you've acknowledged your presence here in the courtroom

7    for both of these sentencings this morning, and I do

8    appreciate you stating your name for us.

9            As I said, we're going to combine both of these

10   sentencings, so have some patience with me.  I need to make

11   some findings with regards to both, and then we'll proceed

12   with the sentencing.

13           Mr. Hardrick, let's begin with the Cause Number

14   4:19-CR-352-P.

15           In that case, sir, you appeared before United States

16   Magistrate Judge Hal R. Ray, Jr., on December 11th, 2019.  At

17   that time, if you recall, you entered a plea of guilty to

18   Counts 2 and 3 of the indictment charging you with

19   interference with commerce by robbery/using, carrying,

20   brandishing a firearm during a crime of violence, in violation

21   of 18 United States Code Section 1951(a) and Section 2, as

22   well as 18 United States Code Section 924(c)(1)(A)(ii), as

23   well as subsection -- 18 United States Code Section

24   924(c)(1)(C) -- (A)(ii) and Subsection 2.

25           If you remember, on the day that you appeared before

1   Judge Ray, Judge Ray listened to you and he found that your

2   plea of guilty was a knowing and voluntary plea that was

3   supported by an independent basis in fact containing each of

4   the essential elements of the offense.

5          Sir, you told Judge Ray at that time you understood

6   the elements of the offense, that you agreed to the accuracy

7   of the Factual Resume, and you also admitted that you had

8   committed all the essential elements of the offense.

9          Accordingly, sir, on December 26th of 2019, I

10  entered an order accepting your plea and adjudging you guilty

11  of the crimes alleged in the indictment against you.

12         With regards to the other matter, that other matter

13  being Case Number 4:19-CR-377-P, Mr. Hardrick, you'll recall

14  that you also appeared before United States Magistrate Judge

15  Jeffrey L. Cureton on January 8th, 2020.  At that time you

16  entered a plea of guilty to Counts 1, 4, and 5 of the

17  indictment charging you with conspiracy to interfere with

18  commerce by robbery/conspiracy to interfere with commerce by

19  robbery and interference with commerce by robbery/brandishing

20  a firearm during and in retaliation (sic) to a crime of

21  violence, in violation of 18 United States Code Section

22  1951(a)/18 United States Code Section 1951(a) and 2(a)/18

23  United States Code Sections 924(c)(1)(C) -- (A) Subsection

24  (ii) and Subsection 2(a).

25         On that date, when you were in front of Judge

1    Cureton, you'll remember that Judge Cureton found that your

2    plea of guilty was a knowing and voluntary plea supported by

3    an independent basis in fact containing each of the essential

4    elements of the offense.

5            You told Judge Cureton at that time that you

6    understood the elements of the offense, you agreed to the

7    accuracy of the Factual Resume in that case, and you also

8    admitted that you had committed all the essential elements of

9    the offense.

10           Accordingly, on January 23rd, 2020, I entered an

11   order accepting your plea and adjudging you guilty of the

12   crimes alleged in the indictment against you.

13           In both of those cases, Mr. Hardrick, you entered a

14   plea of guilty pursuant to a plea agreement, and in both of

15   those cases, I'll let you know at this time that I have had an

16   opportunity to review both of those plea agreements, and the

17   charge to which you pled guilty to, and it's my determination

18   that those charges adequately reflect the seriousness of

19   defendant's actual offense behavior, so that by accepting the

20   plea agreement, the statutory purposes of sentencing will not

21   be undermined, all relevant conduct having been taken into

22   consideration in both cases in the calculation of your total

23   offense level.

24           Therefore, sir, the plea agreements in both cases

25   will be accepted by the Court and the judgment and sentence

1    determined today will be consistent with them.

2            At this time, I'll ask you, Mr. Able, we have a

3    multitude of addenda and a Presentence Report in this case.

4    Did you and your client receive those in a timely manner?

5            MR. ABLE:  Yes, we did, Your Honor.

6            THE COURT:  Both the Presentence Investigation

7    Report and I believe there were four addenda; is that correct,

8    sir?

9            MR. ABLE:  That's correct, Your Honor.

10           THE COURT:  You had an opportunity to carefully

11   review all of those documents with your client?

12           MR. ABLE:  Yes, I did.

13           THE COURT:  And I'll ask you, Mr. Weybrecht, did you

14   have an opportunity to receive and review those five

15   documents?

16           MR. WEYBRECHT:  We did, Your Honor.

17           THE COURT:  All right.  Thank you very much.

18           I know we have several objections lodged on behalf

19   of the defendant.  As you know, the way that probation has

20   prepared the Presentence Investigation Report, Mr. Able, they

21   have combined both cases for ease of reference, and I would

22   like to -- for the rest of the discussion today, unless I need

23   to delineate between the two cases, we're going to refer to

24   them together.  I think that makes it easiest.

25           Because they combined them, obviously any objections

1  they made in one case would apply to the other case, but let

2  me walk you through my tentative findings to the objections to

3  the PSR.  I know that the government has also lodged some

4  objections.  Let me give you my tentative findings, and we'll

5  go from there, and, obviously, I'll allow you to put on any

6  evidence or any argument that you have with regards to those

7  findings after I'm done.

8          Let me go through my tentative findings in hopes

9  that we can cut some of this to the chase.

10              *(Pause in Proceedings)*

11          THE COURT:  Sorry.  We would get a verdict right

12  when I get started, wouldn't we?

13          This is going to take me a while.  Let's go off the

14  record.

15              *(Off-the-record discussion)*

16          THE COURT:  All right.  Let's go back on the record.

17  Sorry about that.

18          Mr. Able, there are, I believe, eleven objections

19  that were lodged on behalf of defendant to the Presentence

20  Investigation Report.

21          First of all, there's been an objection lodged on

22  behalf of your client comprised of your objections 1, 2, 3, 4,

23  and 5, in which you've objected to paragraphs 54, 62, 70, 78,

24  and 86 of the Presentence Report, objecting to a four-level

25  enhancement in those paragraphs for each robbery on the basis

1   that you don't believe that that four-level enhancement

2   applies for a person being abducted during the commission of

3   the offense.

4          My tentative finding is that this case falls in line

5   with Fifth Circuit precedent, specifically, United States

6   versus Smith, where they describe that actions, as we have

7   here, would qualify for an abduction enhancement in that

8   four-level enhancement; however, that's a tentative finding

9   only, and I know that you'll make an argument to me when you

10  have your opportunity.

11         I've also had a chance to review your objections 6,

12  7, and 8, in which you've objected to paragraphs 117, 118, and

13  121, based on your argument that criminal history score for

14  Mr. Hardrick wasn't computed correctly.  Specifically, that

15  Mr. Hardrick had some crimes that were committed as a

16  juvenile, and you don't believe those were properly accounted

17  for in his criminal history score.

18         My understanding, and I've reviewed the record and

19  the filings, were that he was charged as an adult in those

20  cases, so my tentative finding would be that those are

21  overruled as well.

22         Finally, your objection number 9 and number 10 are

23  to paragraphs 177 and 178, where you've objected on behalf of

24  your client as to whether the Court should consider either an

25  upward departure or an upward variance.

```
 1              I understand why defense lawyers need to do that, as

 2    well as I understand why the government wants to do that if

 3    there's language in there that says perhaps I should consider

 4    a downward variance or a downward departure.

 5              However, it's -- ultimately, at the end of the day,

 6    it's my decision based on the facts and the law, and to be

 7    honest with you, I don't put a lot of emphasis on what

 8    probation tells me to do with regards to what the sentence

 9    should be one way or another.  I kind of take it as it is and

10    go from there, but your objection is noted.

11              Finally, your objection 11, defendant's objected in

12    his objection number 11 to paragraph 137.  He objected to that

13    paragraph to clarify he was diagnosed with bipolar disorder

14    during his period of incarceration and was prescribed

15    medication.

16              The probation officer -- it doesn't really matter

17    for purposes of the sentencing.  It's not anything that I

18    would consider one way or another.  Probation was unable to

19    verify that statement, as you know.  My tentative finding was

20    that it really doesn't matter to me whether it's overruled or

21    sustained, but I am inclined to overrule it based on the

22    information I have before me.

23              Mr. Able, those are my tentative findings with

24    regards to the objections you've lodged.  Would you like to

25    present any argument or evidence at this time?  And then we'll
```

```
1    take up the government's objections.
2              MR. ABLE:  Judge, the only thing I would like to do
3    is I presented a -- I guess a minute order from the San
4    Bernardino District, and that's as to this criminal history
5    score.
6              THE COURT:  Related to the juvenile offense,
7    Mr. Able?
8              MR. ABLE:  Yes, yes, Your Honor.
9              THE COURT:  Okay.
10             MR. ABLE:  And I guess that would be paragraphs 6,
11   7, and 8 of the criminal history score --
12             THE COURT:  Yes, sir.
13             MR. ABLE:  -- that the crimes were not committed as
14   a juvenile by my client.  Judge, I showed the probation
15   officer this minute order and the notice to law enforcement,
16   and I also showed the prosecutor also, Judge, and
17   apparently -- there's one thing in here.  My client just
18   got -- he just received this yesterday.  He's been trying to
19   get this particular document, and it states that the execution
20   of his sentence, as to this particular offense, was suspended,
21   and I think that would reduce him as far as the career
22   offender designation from the probation office.
23             I mean, you can hear from the probation office and
24   the prosecutor, Judge, but this -- I just got this when I
25   walked in.
```

```
 1              THE COURT:  And I understand.  I would like to hear

 2    the position of the government and probation with regards to

 3    this document --

 4              MR. ABLE:  Thank you.

 5              THE COURT:  -- and how that affects the guideline

 6    range in this case.

 7              MR. WEYBRECHT:  In terms of the document, Your

 8    Honor, I think it's not exactly clear what's being said.  It

 9    seems somewhat confusing because at one point it says that the

10    sentence is X amount, and at one point it says that this is

11    the total amount of incarceration, and then there's one

12    sentence that talks about something being suspended.

13              But I think what we would go back to is that he

14    was -- the sentence was on January 2003, and he was ultimately

15    released in 2005, so it would have been over that year period

16    even if -- despite language to suggest that was suspended, he

17    served that time of incarceration, over a year, so I think

18    that the calculation would be correct as it relates to the

19    criminal history category.

20              THE COURT:  Mr. Able, do you have a copy of that

21    document with you?  I understood that's probably your only

22    copy.

23              MR. ABLE:  Yes, I did.  May I approach, Judge?

24              THE COURT:  Yes, sir.

25              MR. ABLE:  Thank you.
```

```
 1              THE COURT:  I've got to start wearing these reading
 2    glasses this week.  I can't believe this, but they do help.
 3              I'm certainly no expert when it comes to how to
 4    interpret records from a different state, but I do want to
 5    make sure I get this right.  I think that comes as no surprise
 6    that the crimes that Mr. Hardrick has pled guilty to are
 7    substantial, and we want to do our best to make sure we have
 8    the right answer when it comes to how to calculate this
 9    offense.
10              Ms. Bradford, have you had an opportunity to read
11    this document that Mr. Able has submitted?
12              PROBATION:  I did, just briefly, and I do see in our
13    records from California that it does mention a suspended
14    sentence, but then, after that, it still states that
15    Mr. Hardrick was sentenced to a period of 9 years imprisonment
16    in custody, and so I tend to agree with the government.  It is
17    a little unclear, but the indication that I have from the
18    records we received is that he served a custody sentence;
19    plus, by the government, he pleaded guilty and was sentenced
20    to 108 months in January of '03.
21              He was released on parole, as far as the records we
22    received, in October of '05.  So, in that case, he would have
23    served over a year and a month, which would have -- which
24    showed that we accurately scored the criminal history in the
25    Presentence Report.
```

```
 1              THE COURT:  When probation was drafting the addendum

 2    to the report in responding to this objection, you had said

 3    that you had had trouble getting records with regards to the

 4    nationwide pandemic.

 5              PROBATION:  It is very difficult, just in general,

 6    to get records from California.

 7              THE COURT:  I want to go off the record momentarily

 8    and consider this.  I do want to make sure I get this right.

 9    I would like to visit with you, Ms. Bradford.  Let's go into

10    the alternative jury room, if we can, and we'll go back on the

11    record, if we can, in five to ten minutes.

12              Mr. Able, do you mind if I get a copy of this?

13              MR. ABLE:  Yes, please, go ahead, Judge.

14              THE COURT:  Thank you all.  I'll be back

15    momentarily.  Like I said, I know that this sentencing has

16    been moved several times, partly at my convenience, but I want

17    to make sure I get this right.  Okay.  Thank you.

18              COURT SECURITY OFFICER:  All rise.

19              MR. ABLE:  Thank you, Your Honor.

20              (Recess)

21              COURT SECURITY OFFICER:  All rise.

22              (Judge enters)

23              THE COURT:  Thank you.  You all may be seated.

24    Debbie, we can go back on the record.

25              We're going to continue our sentencing docket this
```

1     morning.  Prior to taking a brief recess off the record to

2     look at some documents, Mr. Able had presented us a document

3     from California related to defendant that I think it's very

4     important that I need to make sure that I have all the facts

5     surrounding that offense, and how it was considered out in

6     California, and I appreciate you bringing it to our attention.

7               I know you've only received it this morning, and I

8     know that this case has been set and reset, et cetera, et

9     cetera, but I want to make absolutely 100 percent sure, given

10    the crimes that we're looking at, given the time that we're

11    looking at, that I do my very best to make sure that I come up

12    with the decision required by me under the law, and in order

13    to do that, I need to do some more homework.  I think that

14    it's in the best interest of everybody, including the

15    government, that we continue this sentencing, but what I need

16    to know is if everyone's available.

17               Now, Ms. Bradford is going to spend the next couple

18    of weeks trying to track down this information and get as much

19    information as she can, so we can truly and accurately get

20    this young man's criminal history number correct, okay, and I

21    would like, if you all are available, to continue this

22    sentencing until Thursday, September 10th, 2020, at 10:00 a.m.

23               Now, you all may be planning on being out of town

24    the week of labor day.  If you are, we can move that, but I

25    think we need at least that long to sort this matter out.

```
1              So, the attorneys, if you all would look.  I know
2    you also have an agent with you here this morning,
3    Mr. Weybrecht.  Are you going to be available on the 10th?
4              Let me start with you, Mr. Able.  Are you available
5    on the 10th of September?
6              MR. ABLE:  Judge, I'm almost 100 percent positive
7    that I am, and the reason is that I left my trusted iPhone
8    because, in this court, you know, you were never allowed to
9    bring your phone in, so I left it in my truck, Judge, and I'm
10   almost sure I don't have any conflict, Judge.
11             THE COURT:  You're not going down to Miami Beach for
12   Labor Day week?
13             MR. ABLE:  No, Your Honor.
14             (Laughter)
15             THE COURT:  I'm sorry to joke about it.
16             MR. ABLE:  No, that's all right.  It's fine, Judge.
17             THE COURT:  If you get back to your office and
18   you're busy, we'll work with you.
19             MR. ABLE:  Judge, I just need to get to my truck.
20   Once I get there, I can call anyone here.
21             THE COURT:  You can call Ms. Milam, and if there's a
22   problem, we'll move it.
23             Mr. Weybrecht?
24             MR. WEYBRECHT:  Your Honor, I think that should
25   work.  I do have trial with Judge Means that following Monday,
```

1    and a pretrial conference on that Thursday, but I think it's

2    in the afternoon, so I think -- it very probably might get

3    moved.

4            THE COURT:  I'll make sure it works with Judge

5    Means, okay?  I'll do that.

6            MR. WEYBRECHT:  Thank you, Your Honor.

7            THE COURT:  All right.  As I said, I want to make

8    sure we get this right.  You've given me, I think, your only

9    copy of this document.

10           Would you like to make it part of the record, and

11   we'll give -- we'll take the copy you gave us, and we'll give

12   a copy to the government and --

13           MR. ABLE:  That will be fine.  And I'll get a copy

14   of it also, Judge?

15           THE COURT:  Yes.  Yes, sir.

16           MR. ABLE:  Thank you.

17           THE COURT:  All right.  We'll make this Exhibit 1 to

18   our sentencing docket, and we will look into this.

19           To the family members that are here today, thank you

20   for coming down.  I know it's not easy to get to the federal

21   courthouse, but we just want to make sure that we study

22   everything we have before us and make sure we make the best

23   decision possible based on the information, and we do

24   appreciate Mr. Able bringing this to our attention, and we

25   will conclude Mr. Hardrick's sentencing on Thursday,

1    September 10th, 2020, at 10:00 a.m., unless for some reason

2    something comes up that we don't know about at this time.

3    Just contact Ms. Milam, and we'll take care of it at a later

4    time.

5             Thank you all for being here today.  You may be

6    dismissed.

7             *MR. ABLE:*  Thank you, Your Honor.

8             *(End of Proceedings)*

9                        **REPORTER'S CERTIFICATE**

         I, Debra G. Saenz, CSR, RMR, CRR, certify that the
10   foregoing is a true and correct transcript from the record
     of proceedings in the foregoing entitled matter.

11       Further, due to the COVID-19 pandemic, participants wore
     masks or were heard via videoconference, so proceedings were
12   transcribed to the best of my ability.

         I further certify that the transcript fees format
13   comply with those prescribed by the Court and the Judicial
     Conference of the United States.

14       Signed this 6th day of November, 2020.

15                            /s/ Debra G. Saenz
                              DEBRA G. SAENZ, CSR, RMR, CRR
16                            Texas CSR No. 3158
                              Official Court Reporter
17                            The Northern District of Texas
                              Fort Worth Division

18
     CSR Expires:      1/31/2022
19
     Business Address:  501 W. 10th Street, Room 424
20                       Fort Worth, Texas  76102

21   Telephone:         817.850.6661

22   E-Mail Address:    debbie.saenz@yahoo.com

23

24

25


                    Debbie Saenz, CSR, RMR, CRR, TCRR
                       United States District Court
                           (817) 850-6661

'
'03 [1] 15/20
05 [1] 15/22

**/**
/18 [2] 7/22 7/22
/s [1] 20/15

**0**
01 [2] 1/7 3/21
09 [1] 2/3

**1**
1/31/2022 [1] 20/18
10 [1] 11/22
100 percent [2] 17/9 18/6
108 [1] 15/20
10:00 a.m [2] 17/22 20/1
10th [6] 1/21 17/22 18/3 18/5 20/1 20/19
11 [2] 12/11 12/12
117 [1] 11/12
118 [1] 11/12
11th [1] 6/16
121 [1] 11/13
137 [1] 12/12
17 [1] 2/4
1700 [1] 1/15
177 [1] 11/23
178 [1] 11/23
18 [6] 6/21 6/22 6/23 7/21 7/22 7/22
19 [3] 2/10 5/3 20/11
1951 [3] 6/21 7/22 7/22

**2**
20 [1] 2/5
2003 [1] 14/14
2005 [1] 14/15
2019 [2] 6/16 7/9
2020 [7] 1/6 3/2 7/15 8/10 17/22 20/1 20/14
2022 [1] 20/18
21 [1] 2/6
235 [1] 1/18
23rd [1] 8/10
26 [2] 1/6 3/2
26th [1] 7/9
2:10 [2] 1/8 3/2

**3**
310 [1] 1/18
3158 [1] 20/16

**4**
424 [2] 1/21 20/19
4:19-CR-352-P [2] 1/4 6/14
4:19-CR-352-P-1 [1] 3/17
4:19-CR-377-01 [1] 3/21
4:19-CR-377-P [2] 1/4 7/13

**5**
501 [2] 1/21 20/19
54 [1] 10/23

**6**
62 [1] 10/23
682.267.1351 [1] 1/19
6882 [1] 1/16
6th [1] 20/14

**7**
70 [1] 10/23
76053 [1] 1/19

76102 [2] 1/21 20/20
76102-6882 [1] 1/16
78 [1] 10/23

**8**
801 [1] 1/15
817.252.5200 [1] 1/16
817.850.6661 [2] 1/22 20/21
820 [1] 1/18
86 [1] 10/24
8th [1] 7/15

**9**
924 [3] 6/22 6/24 7/23

**A**
a -- I [1] 13/3
a.m [2] 17/22 20/1
AARON [5] 1/7 3/17 3/21 4/1 6/3
abducted [1] 11/2
abduction [1] 11/7
ability [1] 20/12
ABLE [17] 1/17 1/18 3/25 4/2 4/11 4/21 9/2 9/20 10/18 12/23 13/7 14/20 15/11 16/12 17/2 18/4 19/24
about [6] 10/17 14/12 18/15 20/2
absolutely [1] 17/9
accepted [1] 8/25
accepting [3] 7/10 8/11 8/19
Accordingly [2] 7/9 8/10
accounted [1] 11/16
accuracy [2] 7/6 8/7
accurately [2] 15/24 17/19
acknowledged [1] 6/6
Action [2] 3/16
actions [2] 3/12 11/6
actual [2] 5/5 8/19
addenda [2] 9/3 9/7
addendum [1] 16/1
Address [2] 20/19 20/22
adequately [1] 8/18
adjudging [2] 7/10 8/11
admitted [3] 2/9 7/7 8/8
adult [1] 11/19
affects [1] 14/5
after [2] 10/7 15/14
afternoon [2] 3/5 19/2
against [1] 7/11 8/12
agent [1] 18/2
agree [1] 15/16
agreed [2] 7/6 8/6
agreement [2] 8/14 8/20
agreements [2] 8/16 8/24
ahead [2] 4/23 16/13
all [26]
alleged [2] 7/11 8/12
allow [1] 10/5
allowed [2] 5/6 18/8
almost [2] 18/6 18/10
also [11] 3/19 5/7 7/7 7/14 8/7 10/3 11/11 13/16 13/16 18/2 19/14
alternative [1] 16/10
always [1] 4/3
am [2] 12/21 18/7
AMERICA [3] 1/4 3/17 3/20
amount [2] 14/10 14/11
another [2] 12/9 12/18
answer [1] 15/8
any [6] 3/15 9/25 10/5 10/6 12/25 18/10
anyone [1] 18/20
anything [1] 12/17
apparently [1] 13/17
appeared [3] 6/15 6/25 7/14

applies [1] 11/2
apply [1] 10/1
appreciate [5] 4/25 20/6/8 17/6 19/24
approach [1] 14/23
are [13] 5/6 5/11 5/22 10/18 11/20 11/22 12/23 15/6 17/21 17/24 18/3 18/4 19/19
argument [4] 10/6 11/9 11/13 12/25
as [31]
ask [8] 3/9 3/14 3/23 3/24 4/11 5/13 9/2 9/13
assembly [1] 5/15
attention [2] 17/6 19/24
attorneys [4] 3/10 3/22 5/22 18/1
audio [1] 5/10
audio/visual [1] 5/10
AUGUST [2] 1/6 3/2
available [4] 17/16 17/21 18/3 18/4

**B**
back [6] 10/16 14/13 16/10 16/14 16/24 18/17
based [4] 11/13 12/6 12/21 19/23
basis [3] 7/3 8/3 10/25
be [16] 3/6 6/4 8/21 8/25 9/1 11/20 12/6 12/9 13/10 14/18 16/14 16/23 17/23 18/3 19/13 20/5
Beach [1] 18/11
because [4] 4/12 9/25 14/9 18/8
been [6] 8/21 10/21 13/18 14/15 16/16 17/8
before [8] 1/11 3/8 5/1 6/15 6/25 7/14 12/22 19/22
begin [1] 6/13
behalf [4] 9/18 10/19 10/22 11/23
behavior [1] 8/19
being [7] 4/3 7/13 11/2 14/8 14/12 17/23 20/5
believe [2] 10/18 11/1 11/16 15/2
Bernardino [1] 13/4
best [9] 4/13 4/25 5/17 5/19 15/7 17/11 17/14 19/22 20/12
between [1] 9/23
bipolar [1] 12/13
bit [1] 5/3
blue [1] 5/13
both [16] 3/9 3/14 4/1 4/15 4/24 5/12 6/7 6/9 6/11 8/13 8/14 8/16 8/22 8/24 9/6 9/21
Bradford [3] 15/10 16/9 17/17
brandishing [2] 6/20 7/19
brief [1] 17/1
briefly [1] 15/12
bring [1] 18/9
bringing [2] 17/6 19/24
Business [1] 20/19
busy [1] 18/18

**C**
calculate [1] 15/8
calculation [2] 8/22 14/18
California [5] 2/10 15/13 16/6 17/3 17/6
call [5] 3/9 3/13 3/19 18/20 18/21
calls [1] 3/16
can [13] 5/13 5/14 5/14 10/9 13/23 16/10 16/11 16/24 17/19 17/19 17/24 18/20 18/21
can't [1] 15/2
care [1] 20/3
career [1] 13/21
carefully [1] 9/10
carrying [1] 6/19
case [12] 1/4 3/21 6/15 7/13 8/7 9/3

# C

case [6] 10/1 10/1 17/4 14/6 15/22
17/8
cases [10] 4/16 4/18 5/12 8/13 8/15
8/22 8/24 9/21 9/23 11/20
category [1] 14/19
Cause [1] 6/13
certainly [1] 15/3
Certificate [2] 2/5 20/9
certify [2] 20/9 20/12
cetera [2] 17/8 17/9
chance [1] 11/11
charge [1] 8/17
charged [1] 11/19
charges [1] 8/18
charging [2] 6/18 7/17
chase [1] 10/9
Cherry [1] 1/15
Circuit [1] 11/5
clarify [2] 12/13
clear [1] 14/8
client [6] 9/4 9/11 10/22 11/24 13/14
13/17
Code [6] 6/21 6/22 6/23 7/21 7/22 7/23
combine [1] 6/9
combined [2] 9/21 9/25
come [1] 17/11
comes [4] 15/3 15/5 15/8 20/2
coming [1] 19/20
commerce [4] 6/19 7/18 7/18 7/19
commission [1] 11/2
committed [4] 7/8 8/8 11/15 13/13
comply [1] 20/13
comprised [1] 10/22
computed [1] 11/14
computer [1] 1/25
conclude [1] 19/25
conduct [1] 8/21
conference [3] 5/8 19/1 20/13
conflict [1] 18/10
confusing [1] 14/9
consent [1] 4/15
consider [4] 11/24 12/3 12/18 16/8
consideration [1] 8/22
considered [1] 17/5
consistent [1] 9/1
conspiracy [2] 7/17 7/18
contact [1] 20/3
containing [2] 7/3 8/3
continue [3] 16/25 17/15 17/21
convenience [1] 16/16
copy [7] 14/20 14/22 16/12 19/9 19/11
19/12 19/13
correct [5] 9/7 9/9 14/18 17/20 20/10
correctly [1] 11/14
could [2] 4/13 6/2
Counts [2] 6/18 7/16
couple [2] 3/12 17/17
court [9] 1/1 1/11 1/20 3/16 8/25 11/24
18/8 20/13 20/16
Court's [1] 3/13
courthouse [1] 19/21
courtroom [2] 5/6 5/6
COVID [2] 5/3 20/11
COVID-19 [2] 5/3 20/11
CR [6] 1/4 1/4 3/17 3/21 6/14 7/13
crime [2] 6/20 7/20
crimes [6] 7/11 8/12 11/15 13/13 15/6
17/10
criminal [9] 3/12 3/16 11/13 11/17 13/4
13/11 14/19 15/24 17/20
CRR [3] 1/20 20/9 20/15

CSR [5] 1/20 20/9 20/15 20/16 20/18
Cureton [4] 7/15 8/1 8/1 8/5
custody [2] 15/16 15/16
cut [1] 10/9

# D

date [1] 7/25
day [6] 6/25 12/5 17/24 18/12 20/14
Debbie [1] 16/24
debbie.saenz [1] 1/22 20/22
DEBRA [4] 1/20 20/9 20/15 20/15
December [2] 6/16 7/9
December 11th [1] 6/16
December 26th [1] 7/9
decision [3] 12/6 17/12 19/23
defendant [6] 1/8 1/17 4/1 9/19 10/19
17/3
defendant's [3] 2/8 8/19 12/11
defense [1] 12/1
delineate [1] 9/23
DEPARTMENT [1] 1/14
departure [2] 11/25 12/4
describe [1] 11/6
DESCRIPTION [1] 2/9
designation [1] 13/22
despite [1] 14/16
determination [1] 8/17
determined [1] 9/1
diagnosed [1] 12/13
did [7] 9/4 9/5 9/12 9/13 9/16 14/23
15/12
different [1] 15/4
difficult [1] 16/5
difficulty [1] 5/9
discussion [3] 3/7 9/22 10/15
dismissed [1] 20/6
disorder [1] 12/13
DISTRICT [6] 1/1 1/2 1/11 1/15 13/4
20/17
DIVISION [2] 1/3 20/17
do [22]
docket [2] 16/25 19/18
document [8] 2/10 13/19 14/3 14/7
14/21 15/11 17/2 19/9
documents [3] 9/11 9/15 17/2
does [2] 4/15 15/13
doesn't [2] 12/16 12/20
doing [1] 5/3
don't [6] 5/4 11/1 11/16 12/7 18/10 20/2
done [1] 10/7
down [5] 5/10 5/11 17/18 18/11 19/20
downward [2] 12/4 12/4
drafting [1] 16/1
due [2] 5/2 20/11
during [4] 6/20 7/20 11/2 12/14

# E

E-Mail [2] 1/22 20/22
each [3] 7/3 8/3 10/25
ease [1] 9/21
easiest [1] 9/24
easy [1] 11/24
either [1] 11/24
elements [4] 7/4 7/6 7/8 8/4 8/6 8/8
eleven [1] 10/18
emphasis [1] 12/7
end [2] 12/5 20/8
enforcement [1] 13/15
enhancement [4] 10/25 11/1 11/7 11/8
enough [1] 4/19
entered [5] 6/17 7/10 7/16 8/10 8/13
enters [2] 3/4 16/22
entitled [1] 20/10

essential [4] 7/4 7/8 8/3 8/8
et [2] 17/8 17/8
everybody [1] 17/14
everybody's [1] 5/19
even [1] 14/16
everyone [1] 4/15
everyone's [1] 17/16
everything [1] 19/22
evidence [2] 10/6 12/25
exactly [1] 14/8
execution [1] 13/19
EXHIBIT [2] 2/8 19/17
expert [1] 15/3
Expires [1] 20/18
extent [1] 4/17

# F

fact [2] 7/3 8/3
facts [2] 12/6 17/4
Factual [2] 7/7 8/7
fair [1] 4/19
falls [1] 11/4
family [2] 5/4 19/19
far [2] 13/21 15/21
federal [1] 19/20
fees [1] 20/12
Fifth [1] 11/5
filings [1] 11/19
Finally [2] 11/22 12/11
finding [4] 11/4 11/8 11/20 12/19
findings [6] 6/11 10/2 10/4 10/7 10/8
12/23
fine [3] 5/15 18/16 19/13
firearm [2] 6/20 7/20
First [1] 10/21
five [2] 9/14 16/11
floor [4] 5/5 5/8 5/8 5/10
folks [1] 5/11
following [1] 18/25
foregoing [2] 20/10 20/10
format [1] 20/12
FORT [6] 1/3 1/5 1/16 1/21 20/17 20/20
found [2] 7/1 8/1
four [4] 9/7 10/24 11/1 11/8
four-level [3] 10/24 11/1 11/8
fourth [2] 5/5 5/8
FRANK [3] 1/17 1/18 3/25
front [1] 7/25
full [2] 6/2 6/5
further [4] 3/18 3/19 20/11 20/12

# G

gave [1] 19/11
general [1] 16/5
gentlemen [1] 3/5
get [20] 3/8 4/25 5/1 10/11 10/12 13/19
15/5 16/6 16/8 16/12 16/17 17/18 17/19
18/17 18/19 18/20 19/2 19/8 19/13
19/20
getting [1] 16/3
give [5] 5/7 6/2 10/4 19/11 19/11
given [3] 17/9 17/10 19/8
glasses [1] 15/2
go [13] 3/11 4/23 10/5 10/8 10/13 10/16
12/10 14/13 16/7 16/9 16/10 16/13
16/24
going [9] 3/13 4/16 6/9 9/23 10/13 16/25
17/17 18/3 18/11
good [2] 4/3 4/9
got [3] 13/18 13/24 15/1
government [9] 1/5 1/14 10/3 12/2 14/2
15/16 15/19 17/15 19/12
government's [2] 5/23 13/1

## G

guess [2] 3/3 13/19
guideline [1] 14/5
guilty [10] 6/17 7/2 7/10 7/16 8/2 8/11
8/14 8/17 15/6 15/19

## H

had [12] 5/9 7/7 8/8 8/15 9/10 11/11
11/15 15/10 16/2 16/3 16/3 17/2
Hal [1] 6/16
hand [2] 5/14 5/15
HARDRICK [15] 1/7 3/13 3/18 3/21 4/1
5/25 6/3 6/5 6/13 7/13 8/13 11/14 11/15
15/6 15/15
Hardrick's [1] 19/25
has [6] 9/19 10/13 15/6 15/11 16/15 17/8
have [29]
have -- which [1] 15/23
having [1] 8/21
he [12] 7/1 11/19 12/12 12/13 13/18
14/13 14/14 14/16 15/18 15/19 15/21
15/22
He's [1] 13/18
hear [4] 5/13 5/14 13/23 14/1
heard [1] 20/11
help [1] 15/2
here [8] 4/3 6/6 11/7 13/17 18/2 18/20
19/19 20/5
him [1] 13/21
his [4] 11/17 12/12 12/14 13/20
history [7] 11/13 11/17 13/4 13/11 14/19
15/24 17/20
homework [1] 17/13
honest [1] 12/7
Honor [14] 4/5 4/22 5/23 5/24 9/5 9/9
9/16 13/8 14/8 16/19 18/13 18/24 19/6
20/7
HONORABLE [1] 1/11
hopes [1] 10/8
how [4] 14/5 15/3 15/8 17/5
however [4] 5/6 5/19 11/8 12/5
Hurst [1] 1/19

## I

I'll [17] 3/10 3/14 3/15 3/23 4/18 4/24
4/25 5/13 5/17 8/15 9/2 9/13 10/5 16/14
19/4 19/5 19/13
I'm [7] 4/16 4/20 10/7 15/3 18/6 18/9
18/15
I've [3] 11/11 11/18 15/1
identify [1] 3/22
if -- despite [1] 14/16
ii [3] 6/22 6/24 7/24
important [1] 17/4
imprisonment [1] 15/15
incarceration [3] 12/14 14/11 14/17
inclined [1] 12/21
including [1] 17/14
independent [2] 7/3 8/3
Index [2] 2/6 2/8
indication [1] 15/17
indictment [4] 6/18 7/11 7/17 8/12
individuals [1] 5/6
information [4] 12/22 17/18 17/19 19/23
interest [1] 17/14
interfere [2] 7/17 7/18
interference [2] 6/19 7/19
interpret [1] 15/4
introduce [1] 3/10
Investigation [3] 9/6 9/20 10/20
involving [1] 3/13
iPhone [1] 18/7

is [19]  3/25 4/19 5/18 9/7 10/13 11/4
12/9 12/10 13/3 14/10 14/10 14/13
15/5 15/18 16/5 17/6 17/10 18/7
20/10
issue [1] 4/17
it [31]
it's [14] 4/3 4/13 5/9 8/17 12/5 12/6
12/17 12/20 14/8 17/3 17/14 18/16 19/1
19/20

## J

January [4] 7/15 8/10 14/14 15/20
January 2003 [1] 14/14
January 23rd [1] 8/10
January 8th [1] 7/15
Jeffrey [1] 7/15
joke [1] 18/15
Jr [1] 6/16
JUDGE [27]
judgment [1] 8/25
Judicial [1] 20/13
jury [2] 5/15 16/10
just [9] 5/15 13/17 13/18 13/24 15/12
16/5 18/19 19/21 20/3
JUSTICE [1] 1/14
juvenile [3]  11/16 13/6 13/14

## K

keep [1] 5/19
kind [1] 13/21
know [15]  5/18 8/15 9/18 9/19 10/3 11/9
12/19 16/15 17/7 17/8 17/16 18/1 18/8
18/20 20/2
knowing [2]  7/2 8/2

## L

labor [2] 17/24 18/12
ladies [1] 3/5
language [2] 12/3 14/16
later [1] 20/3
Laughter [1] 18/14
law [4] 1/18 12/6 13/15 17/12
lawyers [1] 12/1
least [1] 17/25
left [2] 18/7 18/9
let [7] 3/8 3/10 5/10 10/1 10/4 10/8 18/4
let's [5] 4/23 6/13 10/13 10/16 16/9
level [4] 8/23 10/24 11/1 11/8
like [12] 3/19 3/24 4/11 5/1 9/22 12/24
13/2 14/1 16/9 16/15 17/21 19/10
line [1] 11/4
listened [1] 7/1
little [2] 5/13 15/17
lodged [5] 9/18 10/3 10/19 10/21 12/24
long [1] 17/25
look [3] 17/2 18/1 19/18
looking [2] 17/10 17/11
Loop [1] 1/18
lot [1]  12/7

## M

ma'am [1] 5/13
made [1] 10/1
Magistrate [2] 6/16 7/14
Mail [2] 1/22 20/22
make [16] 6/10 11/9 15/5 15/7 16/8
16/17 17/4 17/9 17/11 19/4 19/7 19/10
19/17 19/21 19/22 19/22
makes [1] 9/24
man's [1] 17/20
manner [1] 9/4
MARK [1] 1/11
masks [1] 20/11

matter [6]  7/12 7/12 12/16 12/20 17/25
20/10
MATTHEW [3]  1/14 4/4 4/7
may [6]  3/6 6/4 14/23 16/23 17/23 20/5
me [17]  3/9 4/15 5/13 5/14 6/2 6/10
10/2 10/4 10/8 10/13 11/9 12/8 12/20
12/22 17/12 18/4 19/8
mean [1] 13/23
Means [2]  18/25 19/5
mechanical [1] 1/24
medication [1] 12/15
members [2] 5/4 19/19
mention [1] 15/13
messed [1] 4/25
Miami [1] 18/11
microphone [2] 5/18 6/2
might [1] 19/2
Milam [2]  18/21 20/3
mind [3] 4/24 5/20 16/12
minute [2] 13/3 13/15
minutes [1] 16/11
momentarily [2] 16/7 16/15
Monday [1] 18/25
month [1] 15/23
months [1] 15/20
more [1] 17/13
morning [6] 3/13 3/20 6/7 7/1 17/7
18/2
move [2] 17/24 18/22
moved [2] 16/16 19/3
MR [2] 1/14 1/17
Mr. [30]
Mr. Able [14] 4/2 4/11 4/21 9/2 9/20
10/18 12/23 13/7 14/20 15/1 16/12
17/2 18/4 19/24
Mr. Hardrick [10] 3/13 5/25 6/5 6/13
7/13 8/13 11/14 11/15 15/6 15/15
Mr. Hardrick's [1] 19/25
Mr. Weybrecht [5] 4/9 4/12 9/13 18/3
18/23
MS [3] 1/20 15/10 16/9
Ms. [3] 17/17 18/21 20/3
Ms. Bradford [1] 17/17
Ms. Milam [2] 18/21 20/3
much [3] 5/21 9/17 17/18
multitude [1] 9/3
my [22]

## N

N.E [1] 1/18
name [5] 3/25 6/1 6/2 6/5 6/8
national [1] 5/2
nationwide [1] 16/4
need [9] 6/1 6/10 9/22 12/1 17/4 17/13
17/15 17/25 18/19
never [1] 18/8
next [1] 17/17
no [9] 1/4 2/9 4/20 4/22 15/3 15/5 18/13
18/16 20/16
NORTHERN [3] 1/2 1/15 20/17
not [8] 4/25 5/18 8/20 12/17 13/13 14/8
18/11 19/20
noted [1] 12/10
notice [1] 13/15
November [1] 20/14
Now [2] 17/17 17/23
number [8] 3/16 3/21 6/13 7/13 11/22
11/22 12/12 17/20

## O

objected [5]  10/23 11/12 11/23 12/11
12/12

## O

objecting [1] 10/21
objection [7] 10/21 10/21 11/22 12/10
 12/11 12/12 16/2
objections [12] 2/3 3/15 4/22 9/18 9/25
 10/2 10/4 10/18 10/22 11/11 12/24 13/1
obviously [3] 4/16 9/25 10/5
October [1] 15/22
off [5] 3/7 10/13 10/15 16/7 17/1
Off-the-record [2] 3/7 10/15
offender [1] 13/22
offense [13] 7/4 7/6 7/8 8/4 8/6 8/9 8/19
 8/23 11/3 13/6 13/20 15/9 17/5
office [4] 1/18 13/22 13/23 18/17
officer [2] 12/16 13/15
officer -- it [1] 12/16
Official [1] 20/16
okay [4] 13/9 16/17 17/20 19/5
once [2] 4/24 18/20
one [8] 4/17 10/1 12/9 12/18 13/17 14/9
 14/10 14/11
only [5] 11/9 13/2 14/21 17/7 19/8
opportunity [5] 8/16 9/10 9/14 11/10
 15/10
order [6] 3/9 7/10 8/11 13/3 13/15 17/12
other [7] 7/12 7/12 10/1
our [10] 4/13 5/2 5/8 5/8 15/7 15/12
 16/25 17/6 19/18 19/24
out [3] 17/5 17/23 17/25
over [3] 14/15 14/17 15/23
overrule [1] 12/21
overruled [2] 11/21 12/20

## P

p.m [2] 1/8 3/2
PAGE [1] 2/2
pandemic [3] 5/3 16/4 20/11
paragraph [2] 12/12 12/13
paragraphs [5] 10/23 10/25 11/12 11/23
 13/10
parole [1] 15/21
part [1] 19/10
participants [1] 20/11
particular [2] 13/19 13/20
partly [1] 16/16
patience [1] 6/10
Pause [1] 17/19
percent [2] 17/9 18/6
perhaps [1] 12/3
period [3] 12/14 14/15 15/15
person [1] 11/2
pertains [1] 4/17
phone [1] 18/9
PITTMAN [1] 1/11
planning [1] 17/23
plea [13] 6/17 7/2 7/2 7/10 7/16 8/2 8/2
 8/11 8/14 8/14 8/16 8/20 8/24
pleaded [1] 15/19
please [3] 3/22 6/1 16/13
pled [2] 8/17 15/6
plus [1] 15/19
point [2] 14/9 14/10
position [1] 14/2
positive [1] 18/6
possible [1] 19/23
precedent [1] 11/5
prepared [1] 9/20
prescribed [2] 12/14 20/13
presence [1] 6/6
present [2] 5/5 12/25
presented [2] 13/3 17/2
Presentence [6] 9/3 9/6 9/20 10/19

 10/24 15/25
pretrial [1] 19/1
Prior [4] 11/22 19/2
probably [2] 14/21 19/2
probation [9] 9/19 12/8 12/16 12/18
 13/14 13/22 13/23 14/2 16/1
problem [1] 18/22
proceed [3] 4/24 5/22 6/11
proceeding [2] 2/2 5/12
proceedings [9] 1/24 3/18 3/20 5/2 5/7
 10/10 20/8 20/10 20/11
produced [1] 1/25
properly [1] 11/16
prosecutor [2] 13/16 13/24
PSR [2] 2/3 10/3
purposes [2] 8/20 12/17
pursuant [1] 8/14
put [2] 10/5 12/7

## Q

qualify [1] 11/7
question [2] 3/10 3/23
questions [1] 3/14

## R

range [1] 14/6
rather [2] 4/14 5/8
Ray [4] 6/16 7/1 7/1 7/5
read [1] 15/10
reading [1] 15/1
ready [2] 5/22 5/23
really [2] 12/16 12/20
reason [2] 18/7 20/1
recall [2] 6/17 7/13
receive [2] 9/4 9/14
received [4] 13/18 15/18 15/22 17/7
recess [2] 16/20 17/1
Recessed [1] 2/4
record [12] 3/7 6/6 10/14 10/15 10/16
 11/18 16/7 16/11 16/24 17/1 19/10
 20/10
records [6] 15/4 15/13 15/18 15/21 16/3
 16/6
reduce [1] 13/21
refer [1] 9/23
reference [1] 9/21
reflect [1] 8/18
regards [7] 6/11 7/12 10/6 12/8 12/24
 14/2 16/3
related [2] 13/6 17/3
relates [1] 14/18
released [2] 14/15 15/21
relevant [1] 8/21
remember [2] 6/25 8/1
report [7] 9/3 9/7 9/20 10/20 10/24
 15/25 16/2
reported [1] 1/24
REPORTER [2] 1/20 20/16
Reporter's [2] 2/5 20/9
represent [2] 3/23 4/1
required [1] 17/12
reset [1] 17/8
responding [1] 16/2
rest [1] 9/22
Resume [2] 7/7 8/7
retaliation [1] 7/20
review [4] 8/16 9/11 9/14 11/11
reviewed [1] 11/18
right [16] 3/8 4/23 5/17 5/20 5/25 9/17
 10/11 10/16 15/5 15/8 16/8 16/17 18/16
 19/7 19/8 19/17
rise [4] 3/6 6/1 16/18 16/21
RMR [3] 1/20 20/9 20/15

robbery [5] 6/19 7/18 7/19 7/19 10/25
robbery/brandishing [1] 7/19
robbery/conspiracy [1] 7/18
robbery/using [1] 6/19
room [5] 1/21 5/9 5/15 16/10 20/19

## S

SAENZ [4] 1/20 20/9 20/15 20/15
safety [1] 5/20
said [5] 6/9 14/8 16/2 16/15 19/7
San [1] 13/3
says [3] 12/3 14/9 14/10
score [4] 11/13 11/17 13/5 13/11
scored [1] 15/24
seated [2] 3/10 16/23
Section [6] 6/21 6/21 6/22 6/23 7/21
 7/22
Sections [1] 7/23
see [5] 3/15 4/3 4/9 5/10 15/12
seems [1] 14/9
sense [1] 5/4
sentence [8] 8/25 12/8 13/20 14/10
 14/12 14/14 15/14 15/18
sentenced [2] 15/15 15/19
sentencing [17] 1/10 2/4 3/16 3/18 3/19
 4/13 4/17 5/11 6/12 8/20 12/17 16/15
 16/25 17/15 17/22 19/18 19/25
sentencings [2] 6/7 6/10
separating [1] 4/14
September [3] 17/22 18/5 20/1
September 10th [2] 17/22 20/1
seriousness [1] 8/18
served [3] 14/17 15/18 15/23
set [1] 17/8
several [2] 9/18 16/16
she [1] 17/19
should [4] 11/24 12/3 12/9 18/24
showed [3] 13/14 13/16 15/24
sic [1] 7/20
Signed [2] 20/14
sir [11] 4/6 4/10 6/4 6/15 7/5 7/9 8/24
 9/8 13/12 14/24 19/15
Smith [1] 11/6
so [14] 3/12 5/20 6/10 8/19 11/20 14/15
 14/17 15/16 15/22 17/19 18/1 18/9 19/2
 20/11
some [11] 3/14 5/9 5/11 6/10 6/11 10/3
 10/9 11/15 17/2 17/13 20/1
something [2] 14/12 20/2
somewhat [1] 14/9
sorry [5] 4/6 4/20 10/11 10/17 18/15
sort [1] 17/25
speak [1] 5/18
specifically [2] 11/5 11/14
specify [1] 4/18
Spectators [1] 5/16
spend [1] 17/17
start [2] 15/1 18/4
started [2] 3/8 10/12
state [3] 5/1 6/1 15/4
statement [1] 12/19
states [20] 1/1 1/4 1/11 1/14 3/17 3/20
 4/5 4/8 6/15 6/21 6/22 6/23 7/14 7/21
 7/22 7/23 11/5 13/19 15/14 20/13
stating [2] 6/5 6/8
statutory [1] 8/20
stenography [1] 1/24
still [1] 15/14
Street [3] 1/15 1/21 20/19
study [1] 19/21
submitted [1] 15/11
subsection [4] 6/23 6/24 7/23 7/24
subsection -- 18 [1] 6/23

**S**

substance [1] 5/2
substantial [1] 15/7
suggest [1] 14/16
Suite [2] 1/15 1/18
supported [2] 7/3 8/2
sure [12] 15/5 15/7 16/8 16/17 17/4
17/9 17/11 18/10 19/4 19/8 19/21 19/22
surprise [1] 15/5
surrounding [1] 17/5
suspended [4] 13/20 14/12 14/16 15/13
sustained [1] 12/21

**T**

take [7] 4/13 4/24 10/13 12/9 13/1 19/11
20/3
taken [1] 8/21
taking [2] 4/15 17/1
talks [1] 14/12
Telephone [1] 1/16 1/19 1/22 20/21
tells [1] 12/8
ten [1] 16/11
tend [1] 15/16
tentative [8] 10/2 10/4 10/8 11/4 11/8
11/20 12/19 12/23
terms [1] 14/7
testimony [1] 5/7
TEXAS [9] 1/2 1/5 1/15 1/16 1/19 1/21
20/16 20/17 20/20
than [1] 4/14
thank [17] 4/2 4/21 5/17 5/20 6/4 9/17
14/4 14/25 16/14 16/17 16/19 16/23
19/6 19/16 19/19 20/5 20/7
that [109]
that's [5] 9/9 11/8 13/4 14/21 18/16
their [1] 5/7
them [6] 3/14 4/14 4/25 9/1 9/24 9/25
themselves [1] 3/22
then [7] 3/9 3/11 3/23 6/11 12/25 14/11
15/14
there [9] 3/11 5/11 5/15 9/7 10/5 10/18
12/3 12/10 18/20
there's [5] 10/21 12/3 13/17 14/11 18/21
Therefore [1] 8/24
these [9] 3/9 4/12 4/15 4/24 5/7 5/12 6/7
6/9 15/1
they [6] 3/23 9/20 9/25 10/1 11/6 15/2
thing [2] 13/2 13/17
think [14] 4/13 9/24 13/21 14/8 14/13
14/17 15/5 17/3 17/13 17/25 18/24 19/1
19/2 19/8
think -- it [1] 19/2
third [2] 5/8 5/10
this [53]
this -- I [1] 13/24
those [15] 5/6 8/13 8/15 8/16 8/18 9/4
9/11 9/14 10/6 10/25 11/16 11/19 11/20
12/23 20/13
through [4] 4/16 5/8 10/2 10/8
Thursday [3] 17/22 19/1 19/25
time [14] 3/14 4/13 5/25 6/17 7/5 7/15
8/5 8/15 9/2 12/25 14/17 17/10 20/2
20/4
timely [1] 9/4
times [1] 16/16
today [5] 4/3 9/1 9/22 19/19 20/5
together [3] 4/14 4/16 9/24
told [2] 7/5 8/5
too [1] 4/10
total [2] 8/22 14/11
town [1] 17/23
track [1] 17/18

transcribed [1] 20/12
transcript [4] 1/10 1/24 20/10 20/12
TREMMELL [4] 1/13 18/6 21/6/3
trial [1] 18/25
trouble [1] 16/3
truck [2] 18/9 18/19
true [1] 20/10
truly [1] 17/19
trusted [1] 18/7
trying [3] 5/19 13/18 17/18
two [2] 4/12 9/23

**U**

ultimately [2] 12/5 14/14
unable [1] 12/18
unclear [1] 15/17
under [1] 17/12
undermined [1] 8/21
understand [3] 12/1 12/2 14/1
understanding [2] 5/9 11/18
understood [3] 7/5 8/6 14/21
UNITED [18] 1/1 1/4 1/11 1/14 3/17
3/20 4/4 4/7 6/15 6/21 6/22 6/23 7/14
7/21 7/22 7/23 11/5 20/13
unless [1] 9/22 20/1
until [1] 17/22
unusual [1] 5/3
up [4] 4/25 13/1 17/11 20/2
upward [2] 11/25 11/25
us [5] 5/5 6/8 17/2 19/11 19/22
use [1] 4/13
using [1] 6/19

**V**

variance [2] 11/25 12/4
verdict [1] 10/11
verify [1] 12/19
versa [1] 4/18
versus [4] 1/6 3/17 3/20 11/6
very [6] 5/21 9/17 16/5 17/3 17/11 19/2
via [2] 5/7 20/11
vice [1] 4/18
video [1] 5/7
videoconference [1] 20/11
view [1] 5/6
violation [2] 6/20 7/21
violence [2] 6/20 7/21
visit [1] 16/9
visual [1] 5/10
VOLUME [1] 1/10
voluntary [2] 7/2 8/2

**W**

walk [1] 10/2
walked [1] 13/25
want [9] 3/9 15/4 15/7 16/7 16/8 16/16
17/9 19/7 19/21
wants [1] 12/2
was [18] 7/2 7/2 8/2 11/19 12/13 12/14
12/18 12/19 13/20 14/14 14/14 14/14
14/16 15/15 15/19 15/21 16/1 17/5
was -- the [1] 14/14
wasn't [1] 11/14
watching [1] 5/11
wave [2] 5/14 5/15
waving [1] 5/16
way [4] 5/19 9/19 12/9 12/18
we [38]
we'll [12] 3/11 6/11 10/4 12/25 16/10
18/18 18/22 19/11 19/11 19/11 19/17
20/3
we're [7] 5/3 5/19 6/9 9/23 16/25 17/10
17/10

wearing [1] 15/1
week [3] 15/2 17/24 18/12
weeks [1] 17/18
well [7] 4/9 4/11 4/23 6/22 6/23 11/21
12/2
were [10] 7/25 9/7 10/19 11/15 11/16
11/19 13/13 18/8 20/11 20/11
WEYBRECHT [8] 1/14 4/4 4/7 4/9 4/12
9/13 18/3 18/23
what [4] 12/7 12/8 14/13 17/15
what's [1] 14/8
when [7] 7/25 10/12 11/9 13/24 15/3
15/8 16/1
where [2] 11/6 11/23
whether [2] 11/24 12/20
which [5] 8/17 10/23 11/12 15/23 15/23
while [1] 10/13
who [1] 3/23
why [2] 12/1 12/2
will [6] 8/20 8/25 9/1 19/13 19/18 19/25
witnesses [1] 5/4
Word [1] 2/6
wore [1] 20/11
work [2] 18/18 18/25
works [1] 19/4
WORTH [6] 1/3 1/5 1/16 1/21 20/17
20/20
would [26]
wouldn't [1] 10/12

**Y**

Y'all [1] 3/5
yahoo.com [2] 1/22 20/22
year [3] 14/15 14/17 15/23
years [1] 15/15
yes [11] 5/24 9/5 9/12 13/8 13/8 13/12
14/23 14/24 16/13 19/15 19/15
yesterday [1] 13/18
you [107]
you'll [2] 7/13 8/1 11/9
you're [2] 18/11 18/18
you've [7] 6/6 10/23 11/12 11/23 12/24
17/7 19/8
young [1] 17/20
your [41]
yourself [1] 3/10